**STATE v. LAND**

[366 N.C. 550 (2013)]

STATE OF NORTH CAROLINA v. ROBIN EUGENE LAND

No. 510A12

(Filed 13 June 2013)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 733 S.E.2d 588 (2012), finding no error after appeal of judgments entered on 14 December 2010 by Judge Eric L. Levinson in Superior Court, Mecklenburg County. On 24 January 2013, the Supreme Court allowed defendant's petition for discretionary review of an additional issue. Heard in the Supreme Court on 16 April 2013.

*Roy Cooper, Attorney General, by Ebony J. Pittman and Daniel P. O'Brien, Assistant Attorneys General, for the State.*

*Don Willey for defendant-appellant.*

PER CURIAM.

AFFIRMED.